**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pace Diversified Corporation |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0010981 |
| 4. | **Debtor's address** | **Principal place of business**<br>3520 Gilmore Street<br>Bakersfield, CA 93308<br>Number, Street, City, State & ZIP Code<br>Kern<br>County<br><br>**Mailing address, if different from principal place of business**<br>13061 Rosedale Highway<br>Suite G-196<br>Bakersfield, CA 93314-7612<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District ____________ When ____________ Case number ____________

District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor ____________ Relationship ____________

District ____________ When ____________ Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______________

**Where is the property?** ______________

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______________

Contact name ______________

Phone ______________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Pace Diversified Corporation**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 22, 2017**
MM / DD / YYYY

**X** **/s/ Dwayne Roach**
Signature of authorized representative of debtor

**Dwayne Roach**
Printed name

Title **President**

---

**18. Signature of attorney**

**X** **/s/ T. Scott Belden**
Signature of attorney for debtor

Date **March 22, 2017**
MM / DD / YYYY

**T. Scott Belden**
Printed name

**Belden Blaine Raytis, LLP**
Firm name

**Post Office Box 9129**
**Bakersfield, CA 93389**
Number, Street, City, State & ZIP Code

Contact phone **(661) 864-7826** Email address **sbelden@beldenblaine.com**

**CSB 184387**
Bar number and State

**United States Bankruptcy Court**
**Eastern District of California**

In re **Pace Diversified Corporation** Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dwayne Roach**, declare under penalty of perjury that I am the **President** of **Pace Diversified Corporation**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **22nd** day of **March**, 2017.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dwayne Roach**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dwayne Roach**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dwayne Roach**, **President** of this Corporation is authorized and directed to employ **T. Scott Belden**, attorney and the law firm of **Belden Blaine Raytis, LLP** to represent the corporation in such bankruptcy case."

Date 3/22/2017

Signed /s/ Dwayne Roach
**Dwayne Roach**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Resolution of Board of Directors
of
**Pace Diversified Corporation**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dwayne Roach, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dwayne Roach, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dwayne Roach, President** of this Corporation is authorized and directed to employ **T. Scott Belden**, attorney and the law firm of **Belden Blaine Raytis, LLP** to represent the corporation in such bankruptcy case.

Date 3/22/2017 Signed /s/ Dwayne Roach

Date 3/22/2017 Signed /s/ Patricia Roach

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pace Diversified Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 22, 2017**

X **/s/ Dwayne Roach**
Signature of individual signing on behalf of debtor

**Dwayne Roach**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Pace Diversified Corporation |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AC Pipe & Equipment Co.<br>1250 23rd Street<br>Long Beach, CA 90806 | | Purchase of supplies | | | | $3,877.50 |
| Bakersfield Electric Motor<br>121 West Sumner Street<br>Bakersfield, CA 93301 | | Services Rendered | | | | $8,338.25 |
| Capital One Bank<br>Post Office Box 60024<br>City of Industry, CA 91716-0024 | | Credit Card Purchases | | | | $11,301.88 |
| Dark Rock, LLC<br>13061 Rosedale Highway G196<br>Bakersfield, CA 93314 | | Business Loan to corporation for operating expenses and purchase of equipment | | | | $36,500.00 |
| Dept. of Conservation<br>Division of Oil, Gas and Geothermal<br>801 K Street<br>MS 18-05<br>Sacramento, CA 95814 | | Production Taxes | | | | $10,456.06 |
| DMV Renewal<br>Post Office Box 942897<br>Sacramento, CA 94297-0897 | | Vehicle Registrations | | | | $3,193.00 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Pace Diversified Corporation** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jack Cook<br>2120 Harwood Street<br>Bakersfield, CA 93311 | | Consulting Fees | | | | $10,007.92 |
| Kern County Treasurer-Tax Collector<br>Payment Center<br>Post Office Box 541004<br>Los Angeles, CA 90054-1004 | | Property Taxes | | | | $7,403.39 |
| Kern Electric Distributers<br>415 30th Street<br>Bakersfield, CA 93301 | | Services Rendered | | | | $5,916.25 |
| Kilpatrick Townsend<br>9720 Wilshire Blvd. PH<br>Beverly Hills, CA 90212-2018 | | Legal Services Rendered | | | | $8,620.85 |
| Law Office of Darling & Wilson<br>Post Office Box 2411<br>Bakersfield, CA 93303 | | Legal Services Rendered | | | | $23,030.75 |
| Midas Pump & Supply<br>Post Office Box 81677<br>Bakersfield, CA 93308 | | Purchase of Supplies | | | | $13,792.02 |
| Office of Natural Resources Revenue<br>Post Office Box 25627<br>Denver, CO 80225-0627 | | Royalties | | | | $12,850.38 |
| Pacific Gas & Electric<br>Post Office Box 997300<br>Sacramento, CA 95899-7300 | | Utilities | | | | $10,767.78 |
| Pacific Geotechnical Associates, Inc.<br>3600 S. Harbor Blvd., Suite 323<br>Oxnard, CA 93035 | | Services Rendered | | | | $3,750.00 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Pace Diversified Corporation Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Terra Chem<br>Post Office Box 246<br>Taft, CA 93268 | | Purchase of Chemicals | | | | $8,418.05 |
| Traveler's<br>CL Remittance Center<br>Post Office Box 660317<br>Dallas, TX 75266-0317 | | Liability Insurance | | | | $3,248.82 |
| Tubular Inspection<br>Post Office Box 22284<br>Bakersfield, CA 93390 | | Services Rendered | | | | $6,000.00 |
| WFBM, LLP dba Walsworth<br>707 Wilshire Blvd., Suite 3280<br>Los Angeles, CA 90017-3538 | | Legal Services Rendered | | | | $435,585.28 |
| Wholesale Fuels, Inc.<br>Post Office Box 82277<br>Bakersfield, CA 93308-2277 | | Purchase of Fuel | | | | $2,491.01 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of California

In re **Pace Diversified Corporation** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dwayne Roach**<br>**13061 Rosedale Highway**<br>**Bakersfield, CA 93314** | | **50%** | **Common Stock** |
| **Patricia L. Roach**<br>**13061 Rosedale Highway**<br>**Bakersfield, CA 93314** | | **50%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 22, 2017**

Signature **/s/ Dwayne Roach**
**Dwayne Roach**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of California

In re Pace Diversified Corporation | Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Pace Diversified Corporation in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 22, 2017**
Date

**/s/ T. Scott Belden**
**T. Scott Belden**
Signature of Attorney or Litigant
Counsel for **Pace Diversified Corporation**

**Belden Blaine Raytis, LLP**
**Post Office Box 9129**
**Bakersfield, CA 93389**
**(661) 864-7826 Fax:(661) 878-9797**
**sbelden@beldenblaine.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re **Pace Diversified Corporation** Debtor(s) Case No. ______ Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | See Attached |
| Prior to the filing of this statement I have received | $ | See Attached |
| Balance Due | $ | See Attached |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**All legal services related to the Chapter 11 case filed by Debtor as more particularly described in the Legal Services Agreement to be filed as an Exhibit to the Application by Debtor for Order Authorizing Employment of Attorneys.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 22, 2017**
*Date*

**/s/ T. Scott Belden**
**T. Scott Belden**
*Signature of Attorney*
**Belden Blaine Raytis, LLP**
**Post Office Box 9129**
**Bakersfield, CA 93389**
**(661) 864-7826 Fax: (661) 878-9797**
**sbelden@beldenblaine.com**
*Name of law firm*

ATTACHMENT

Petitioner has agreed to pay Belden Blaine Raytis, LLP a fee for legal services rendered in the present Chapter 11 bankruptcy proceeding based on the following fees schedule:

| | |
|---|---|
| T. Scott Belden | $330.00 per hour |
| Attorneys | $225.00 - $275.00 per hour |
| Legal Assistants | $ 65.00 - $125.00 per hour |

plus costs.

Pace Diversified Corporation paid Belden Blaine Raytis, LLP an initial retainer of $5,000.00 on behalf of Debtor on or about November 4, 2016 and a supplemental retainer in the amount of $25,000.00 on March 17, 2017 for a total retainer of $30,000.00. On December 8, 2016, $330.00 of the total retainer was applied to fees incurred through November 30, 2017. An additional $9,002.50 was applied on March 22, 2017 to fees and costs incurred from December 1, 2016 through March 22, 2017. The remaining balance of $20,667.50 is being held in the Attorney-Client Trust Account. The retainer received from Pace Diversified Corporation will be credited against fees and costs incurred in Debtor's Chapter 11 case after application and approval by the Bankruptcy Court.